**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOHN  SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-01660-TWP-TAB |
| | ) | |
| BROWN COUNTY, INDIANA, | ) | |
| BROWN COUNTY DEPARTMENT OF | ) | |
| HEALTH, | ) | |
| BROWN COUNTY HEALTH BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having granted the Defendants' motion to dismiss in regards to all of the Plaintiff's claims,

the Court now enters **FINAL JUDGMENT**.

**SO ORDERED.**

Date: 4/27/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Scott C. Andrews
ANDREWS LAW OFFICE, LLC
scott@sandrewslaw.com

Ian L. Stewart
STEPHENSON MOROW & SEMLER
istewart@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com