IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| JOHN SIMPSON ) | |
|     Plaintiff, ) | |
| ) | |
| ) | |
| ) | CAUSE NO. 1:13-cv-1660-TWP-TAB |
|     v. ) | |
| ) | |
| BROWN COUNTY, INDIANA and ) | |
| BROWN COUNTY DEPARTMENT OF ) | |
| HEALTH and BROWN COUNTY HEALTH ) | |
| BOARD, ) | |
|     Defendants. ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE APPEAL**

Comes now the Plaintiff, by and through counsel, Scott C. Andrews, and respectfully requests pursuant to Fed. Rule of App. Pro. 5(A), an extension of time of thirty (30) days, up to and including June 24, 2016, in which to file a Notice of Appeal in this matter, and in support of said motion, says and states as follows:

1. That on or about April 27, 2016, this Court entered its Final Judgment Pursuant to Fed. R. Civ. Pro. 58, against the Plaintiff, John Simpson, and in favor of the Defendants.

2. That the deadline for Plaintiff to file any Notice of Appeal of the judgment would be May 26, 2016, and therefore this motion is timely filed and within the time period provided by Fed. Rule of App. Procedure 4(a)(1).

3. That undersigned counsel is not admitted to practice in the United States Court of Appeals for the Seventh Circuit in which an appeal would be taken.

4. That the Plaintiff, John Simpson, resides and works in Brown County Indiana and additional time is needed for Plaintiff to seek adequate counsel who is admitted to practice in the United States Court of Appeals for the Seventh Circuit of the District Court's decision, should he choose to seek an appeal.

5. That this request is not meant to delay or hinder proceedings in any way and made in the interest of justice and good cause has been shown for such an extension.

WHEREFORE, Plaintiff, John Simpson, by the undersigned counsel, requests the Court extend the deadline for filing an appeal, up to and including June 24, 2016, and for all other relief just and proper in the premises.

Respectfully submitted,

Andrews Law Office, LLC


*/s/ Scott C. Andrews*
Scott C. Andrews, Atty. No. 22259-03
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      It is hereby certified that a true and correct copy of the foregoing document was filed electronically on the 19th day of May, 2016. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ian L. Stewart
STEPHENSON MOROW & SEMLER
Email: istewart@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
Email: wuhl@stephlaw.com

                                                  */s/ Scott C. Andrews*
                                                  Attorney No. 22259-03

Scott C. Andrews
Andrews Law Office, LLC
2225 Central Ave., Ste. 4
Columbus, IN 47201
(812) 669-0473
(812) 669-0451 (Facsimile)
Email:  scott@sandrewslaw.com