# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 23, 2016

**To:**   Laura A. Briggs
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 16-2234
>
> Caption:
> JOHN SIMPSON,
> Plaintiff - Appellant
>
> v.
>
> BROWN COUNTY, INDIANA, et al.,
> Defendants - Appellees
>
> District Court No: 1:13-cv-01660-TWP-TAB
> Clerk/Agency Rep Laura A. Briggs
> District Judge Tanya Walton Pratt
>
> Date NOA filed in District Court: 05/20/2016

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)